```
 1  Surjit P. Soni (State Bar No. 127419)
    M. Danton Richardson (State Bar No. 141709)
 2  Ronald E. Perez(State Bar No. 151199)
    THE SONI LAW FIRM
 3  35 North Lake Ave., Suite 720
    Pasadena, California  91101
 4  (626) 683-7600 Telephone
    (626) 683-1199 Fax
 5  SURJ@SONILAW.COM
    DANTON@SONILAW.COM
 6  RON@SONILAW.COM

 7  Attorneys for Defendants/Counter-claimants,
    Yogi Botanicals International Corporation and Ranbir Singh Bhai
 8
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN TEMPLE OF OREGON, LLC, an Oregon Limited Liability Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>YOGI BOTANICALS INTERNATIONAL CORPORATION, a California corporation; RANBIR SINGH BHAI, an individual; and DOES 1 through 10, inclusive;<br><br>    Defendants<br><br>YOGI BOTANICALS INTERNATIONAL CORPORATION, a California corporation; RANBIR SINGH BHAI, an individual; and DOES 1 through 10, inclusive,<br><br>    Counter-claimants<br><br>    vs.<br><br>GOLDEN TEMPLE OF OREGON, LLC, an Oregon Limited Liability Company,<br><br>    Counter-defendant. | CASE NO. CV 10 7736-VBF (FFMx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER 08-02** |

I, Surjit P. Soni, declare as follows:

1. I am the principal and member of The Soni Law Firm. I make this declaration of my own personal knowledge, and, if called as a witness, could and would testify competently to the matters stated herein

2. I am lead trial counsel for Defendants/Counter-claimants, Yogi Botanicals International Corporation, a California corporation and Ranibir Singh, an individual, in the above-entitled action.

3. I am a registered CM/ECF user in the Untied States District Court for the Central District of California.

4. My e-mail address of record is:

   surj@sonilaw.com

5. In my capacity as lead trial counsel for Defendants/Counter-claimants, Yogi Botanicals International Corporation, a California corporation and Ranibir Singh, an individual, I have consented to service and receipt of filed documents by electronic means in this action.

I declare under penalty of perjury under the laws of the United Staes that the foregoing is true and correct. Executed this 23rd day of February 2011, at Pasadena, California

/s/ Surjit P. Soni
Surjit P. Soni

**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER 08-02**

S:\Soni_Law\YogiBotanicals\YogiBotanicals adv. Golden Temple (CDCA) 2-10-cv-07736)\pldgs\Answer\Decl of Lead Trial Counsel re General Order 08-02.wpd

1

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is 35 North Lake Avenue, Suite 720, Pasadena, California 91101.

On February 23, 2011, I served the foregoing document described as **DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER 08-02** on the interested parties as follows:

Stephen S. Smith
SSmith@GreenbergGlusker.com
Rachel Valadez
RValadez@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

[X]  (MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day, with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (PERSONAL SERVICE) I caused the above referenced document to be personally served by hand on the addressees listed above.

[ ]  (VIA ELECTRONIC MAIL) I caused such document to be delivered to addressees listed above via email delivery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23, 2011, Pasadena, California.

                                      /s/ Lauren P. Coyle
                                      Lauren P. Coyle

**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER 08-02**

S:\Soni_Law\YogiBotanicals\YogiBotanicals adv. Golden Temple (CDCA) 2-10-cv-07736)\pldgs\Answer\Decl of Lead Trial Counsel re General Order 08-02.wpd

2