JULIA E. MARKLEY (OSB 000791)
davisj@lanepowell.com
PARNA A. MEHRBANI (OSB 053235)
mehrbanip@lanepowell.com
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
Telephone: 503.778.2118; Fax: 503.778.2200

*Pro Hac Vice Admission Pending*

STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
RACHEL VALADEZ (SBN 252415)
RValadez@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
   CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610; Fax: 310.553.0687

Attorneys for Plaintiff
GOLDEN TEMPLE OF OREGON, LLC

SURJIT P. SONI (SBN 127419)
surj@sonilaw.com
M. DANTON RICHARDSON (SBN 141709)
danton@sonilaw.com
RONALD E. PEREZ (SBN 151199)
ron@sonilaw.com
THE SONI LAW FIRM
35 North Lake Ave., Suite 720
Pasadena, California 91101
Telephone: (626) 683-7600; Fax: (626) 683-1199

Attorneys for Defendants,
YOGI BOTANICALS INTERNATIONAL
CORPORATION and RANBIR SINGH BHAI

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN TEMPLE OF OREGON, LLC, an Oregon limited liability corporation<br><br>Plaintiff(s)<br><br>v.<br><br>YOGI BOTANICALS INTERNATIONAL CORPORATION, a California corporation; and RANBIR SINGH BHAI, an individual; and DOES 1 through 10<br><br>Defendant(s). | CASE NUMBER<br>CV 10-7736-VBF (FFMx)<br><br><br>**SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |

Pursuant to Local Rule 16-15, the parties recommend that the Court approve the following settlement procedure:

☒ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☒ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: March 21, 2011          Stephen S. Smith  /s/
                                Attorney for Plaintiff  Golden Temple of Oregon, LLC

Dated: March 21, 2011          M. Danton Richardson  /s/
                                Attorney for Defendants Yogi Botanicals International
                                Corporation and Ranbir Singh Bhai

**NOTE: The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE must be submitted with this Request.** If additional signatures are required, attach an additional page to this request.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Greenberg, Glusker, Fields, Claman & Machtinger LLP, 1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067.

On **March 21, 2011**, I served the following documents: **SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Surjit P. Soni, Esq.<br>M. Danton Richardson, Esq.<br>Ronald E. Perez, Esq.<br>THE SONI LAW FIRM<br>35 North Lake Avenue, Suite 720<br>Pasadena, CA 91101 | *Attorneys for Defendants and Cross-Claimants Yogi Botanicals International Corporation, and Ranbir Singh Bhai*<br>P: 626-683-7900<br>F: 626-683-1199<br>E: surj@sonilaw.com<br>danton@sonilaw.com<br>ron@sonilaw.com |

__X__ **(BY MAIL)** By placing the document(s) listed above in sealed envelope(s) in a designated "OUT" box in the office of my employer. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid. (CCP Section 1013a, 2015.5, FRCP section 5(B), or FRAP 25(d).

__X__ **(BY CM/ECF)** The document(s) listed above were also served on **March 21, 2011** by electronic service by electronically filing said documents with the U.S. District Court, Central District of California Case Management/Electronic Case Filing (CM/ECF) system. Upon completion of transmission of said documents, a Notice of Electronic Filing (NEF) was issued to the filing party acknowledging receipt of said documents by the CM/ECF system and that notice had been electronically mailed to all parties.

__X__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 21, 2011**, at Los Angeles, California.

    Sheila M. Fallen                           /s/ Sheila M. Fallen
                                                         Signature