1  STEPHEN S. SMITH (SBN 166539)
   SSmith@GreenbergGlusker.com
2  RACHEL VALADEZ (SBN 252415)
   RValadez@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN &
4  MACHTINGER LLP
   1900 Avenue of the Stars, 21st Floor
5  Los Angeles, California 90067-4590
   Telephone: 310.553.3610
6  Facsimile: 310.553.0687

7  JULIANNE R. DAVIS, OSB No. 842038 (*pro hac vice pending*)
8  davisj@lanepowell.com
   PARNA A. MEHRBANI, OSB No. 053235 (*admitted pro hac vice*)
9  mehrbanip@lanepowell.com
10 LANE POWELL PC
   601 SW Second Avenue, Suite 2100
11 Portland, Oregon 97204-3158
   Telephone: 503.778.2100
12 Facsimile: 503.778.2200

13 Attorneys for Plaintiff
   GOLDEN TEMPLE OF OREGON, LLC
14

15                    UNITED STATES DISTRICT COURT
16
17                   CENTRAL DISTRICT OF CALIFORNIA

18 GOLDEN TEMPLE OF                )  Case No. CV 10-7736-VBF (FFMx)
   OREGON, LLC, an Oregon limited  )
19 liability company,              )  **PLAINTIFF GOLDEN TEMPLE OF**
                                   )  **OREGON, LLC'S NOTICE OF MOTION**
20              Plaintiff,         )  **TO DISMISS DEFENDANTS YOGI**
                                   )  **BOTANICALS INTERNATIONAL**
21                                 )  **CORPORATION AND SINGH BHAI'S**
        v.                         )  **COUNTERCLAIMS 1 THROUGH 6**
22                                 )
   YOGI BOTANICALS                 )
23 INTERNATIONAL                   )  Date:   April 18, 2011
   CORPORATION, a California       )  Time:   1:30 p.m.
24 corporation; and RANBIR SINGH   )  Ctrm:   9
   BHAI, an individual; and DOES 1 )  Judge:  Hon. Valerie Baker Fairbank
25 through 10, inclusive,          )
                                   )
26                                 )
               Defendants.         )
27 _____  )
28

(left margin) GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-45

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 18, 2011, at 1:30 pm, or as soon thereafter as the parties may be heard, in Courtroom 9 of the above-entitled court, located at 312 N. Spring Street, Los Angeles, California 90012, plaintiff Golden Temple of Oregon, LLC ("GTO"), will and hereby does move the Court for an order dismissing Defendants' Counterclaims 1-6 under for lack of standing under Fed. R. Civ. P. 12(b)(1), failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6), and failure to allege facts and circumstances sufficient to demonstrate any fraud or misrepresentations under Fed. R. Civ. P. 9(b).

This Motion is based on this Notice of Motion and Motion to Dismiss; and the Memorandum of Points and Authorities in Support thereof; and upon such other and further oral and written materials as may be presented at or before the hearing on this matter. This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 16, 2011.

DATED: March 21, 2011

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP


By:/s/ Stephen S. Smith
STEPHEN S. SMITH (SBN 166539)


LANE POWELL PC


By:/s/ Julianne R. Davis
JULIANNE R. DAVIS (*pro hac vice pending*)
PARNA A. MEHRBANI (*admitted pro hac vice*)

Attorneys for Plaintiff GOLDEN TEMPLE OF OREGON, LLC

Case 2:10-cv-07736-VBF -FFM   Document 23   Filed 03/21/11   Page 3 of 3   Page ID #:97

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Greenberg, Glusker, Fields, Claman & Machtinger LLP, 1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067.

On **March 21, 2011**, I served the following documents: **PLAINTIFF GOLDEN TEMPLE OF OREGON, LLC'S NOTICE OF MOTION TO DISMISS DEFENDANTS YOGI BOTANICALS INTERNATIONAL CORPORATION AND SINGH BHAI'S COUNTERCLAIMS 1 THROUGH 6** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Surjit P. Soni, Esq.<br>M. Danton Richardson, Esq.<br>Ronald E. Perez, Esq.<br>THE SONI LAW FIRM<br>35 North Lake Avenue, Suite 720<br>Pasadena, CA  91101 | *Attorneys for Defendants and Cross-Claimants Yogi Botanicals International Corporation, and Ranbir Singh Bhai*<br>P: 626-683-7900<br>F: 626-683-1199<br>E:  surj@sonilaw.com<br>     danton@sonilaw.com<br>     ron@sonilaw.com |

__X__  **(BY MAIL)** By placing the document(s) listed above in sealed envelope(s) in a designated "OUT" box in the office of my employer. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid. (CCP Section 1013a, 2015.5, FRCP section 5(B), or FRAP 25(d).

__X__  **(BY CM/ECF)** The document(s) listed above were also served on **March 21, 2011** by electronic service by electronically filing said documents with the U.S. District Court, Central District of California Case Management/Electronic Case Filing (CM/ECF) system. Upon completion of transmission of said documents, a Notice of Electronic Filing (NEF) was issued to the filing party acknowledging receipt of said documents by the CM/ECF system and that notice had been electronically mailed to all parties.

__X__  **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 21, 2011**, at Los Angeles, California.


_____Sheila M. Fallen_____            \_/s/ Sheila M. Fallen_____
                                                                        Signature

31902-00003/1768486.1