JULIANNE R. DAVIS (OSB 842038)
*Pro Hac Vice Admission Pending*
davisj@lanepowell.com
PARNA A. MEHRBANI (OSB 053235)
*Admitted Pro Hac Vice*
mehrbanip@lanepowell.com
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
Telephone: 503.778.2118; Fax: 503.778.2200


STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
RACHEL VALADEZ (SBN 252415)
RValadez@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
    CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610; Fax: 310.553.0687

Attorneys for Plaintiff
GOLDEN TEMPLE OF OREGON, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN TEMPLE OF OREGON, LLC, an Oregon limited liability corporation<br><br>PLAINTIFF(S)<br>v.<br>YOGIBOTANICALS INTERNATIONAL CORPORATION, a California corporation; and RANBIR SINGH BHAI, an individual; and DOES 1 through 10<br><br>DEFENDANT(S). | CASE NUMBER<br>CV 10-7736-VBF (FFMx)<br><br>**ADR PROGRAM QUESTIONNAIRE** |

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation? Please outline with specificity the type(s) of discovery and proposed completion date(s). Please outline any areas of disagreement in this regard. Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

Prior to a settlement conference or mediation, Plaintiff will need to serve written discovery requests, including requests for production, interrogatories, and requests for admissions, to determine what uses have been made of the infringing trademarks at issue and to determine the revenues and profits generated by Defendants through their use of the infringing trademarks.

(2) What are the damage amounts being claimed by each plaintiff? Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

In addition to a variety of equitable remedies available and requested under the Trademark Act, Plaintiff claims damages in the form of its lost profits and Defendants' profits as a result of the use of the infringing trademarks. Plaintiff is unable to calculate its damages with any certainty until it has conducted discovery as to the use of the infringing marks and the profits generated from that use. Plaintiff also requests an award of its reasonable attorney's fees, disbursements, and costs, and an award of $208,509.53 pursuant to its breach of contract claim for excess commissions prepaid by Tagtraum.

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Program?
Yes ☐    No ☒

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

☐ Title VII                                   ☐ Age Discrimination
☐ 42 U.S.C. §1983                             ☐ California Fair Employment and Housing Act
☐ Americans with Disabilities Act of 1990     ☐ Rehabilitation Act
☐ Other _____

I hereby certify that all parties have discussed the above-mentioned responses, and that they are true and correct as to Plaintiff.

March 21, 2011
*Date*

_____
*Attorney for Plaintiff (Signature)*

Parna A. Mehrbani
*Attorney for Plaintiff (Please print full name)*

ADR-09 (04/10)        **ADR PROGRAM QUESTIONNAIRE**
31902-00003/1771118.1



## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Greenberg, Glusker, Fields, Claman & Machtinger LLP, 1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067.

On **March 21, 2011**, I served the following documents: **ADR PROGRAM QUESTIONNAIRE** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

Surjit P. Soni, Esq.
M. Danton Richardson, Esq.
Ronald E. Perez, Esq.
THE SONI LAW FIRM
35 North Lake Avenue, Suite 720
Pasadena, CA 91101

*Attorneys for Defendants and Cross-Claimants Yogi Botanicals International Corporation, and Ranbir Singh Bhai*
P: 626-683-7900
F: 626-683-1199
E: surj@sonilaw.com
    danton@sonilaw.com
    ron@sonilaw.com

__X__   **(BY MAIL)** By placing the document(s) listed above in sealed envelope(s) in a designated "OUT" box in the office of my employer. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid. (CCP Section 1013a, 2015.5, FRCP section 5(B), or FRAP 25(d).

__X__   **(BY CM/ECF)** The document(s) listed above were also served on **March 21, 2011** by electronic service by electronically filing said documents with the U.S. District Court, Central District of California Case Management/Electronic Case Filing (CM/ECF) system. Upon completion of transmission of said documents, a Notice of Electronic Filing (NEF) was issued to the filing party acknowledging receipt of said documents by the CM/ECF system and that notice had been electronically mailed to all parties.

__X__   **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 21, 2011**, at Los Angeles, California.

_____Sheila M. Fallen_____          ___/s/ Sheila M. Fallen___
                                                                   Signature