JULIANNE R. DAVIS  (OSB 842038)
davisj@lanepowell.com
PARNA A. MEHRBANI (OSB 053235)
mehrbanip@lanepowell.com
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR  97204
Telephone:  503.778.2118; Fax:  503.778.2200

*Pro Hac Vice Admission Pending*

STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
RACHEL VALADEZ (SBN 252415)
RValadez@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
    CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610; Fax:  310.553.0687

Attorneys for Plaintiff
GOLDEN TEMPLE OF OREGON, LLC

SURJIT P. SONI (SBN 127419)
surj@sonilaw.com
M. DANTON RICHARDSON (SBN 141709)
danton@sonilaw.com
RONALD E. PEREZ (SBN 151199)
ron@sonilaw.com
THE SONI LAW FIRM
35 North Lake Ave., Suite 720
Pasadena, California  91101
Telephone:  (626) 683-7600; Fax:  (626) 683-1199

Attorneys for Defendants,
YOGI BOTANICALS INTERNATIONAL
CORPORATION and RANBIR SINGH BHAI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN TEMPLE OF OREGON, LLC, an Oregon limited liability corporation<br><br>PLAINTIFF(S)<br><br>v.<br><br>YOGI BOTANICALS INTERNATIONAL CORPORATION, a California corporation; and RANBIR SINGH BHAI, an individual; and DOES 1 through 10<br><br>DEFENDANT(S). | CASE NUMBER<br>CV 10-7736-VBF (FFMx)<br><br>**ADR PROGRAM QUESTIONNAIRE** |

ADR-09 (04/10)　　　　　　　　　　**ADR PROGRAM QUESTIONNAIRE**
31902-00003/1767513.1


American LegalNet, Inc.
www.FormsWorkFlow.com

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation? Please outline with specificity the type(s) of discovery and proposed completion date(s). Please outline any areas of disagreement in this regard. Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

Prior to a settlement conference or mediation, Plaintiff will need to serve written discovery requests, including requests for production, interrogatories, and requests for admissions, to determine what uses have been made of the infringing trademarks at issue and to determine the revenues and profits generated by Defendants through their use of the infringing trademarks.

Defendants will also need to serve written discovery requests (including requests for production, interrogatories, and requests for admissions) to determine what rights in the trademarks at issue have inured to Plaintiff or third parties. Depositions of Plaintiff's corporate witnesses and third parties may also be required.

(2) What are the damage amounts being claimed by each plaintiff? Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

In addition to a variety of equitable remedies available and requested under the Trademark Act, Plaintiff claims damages in the form of its lost profits and Defendants' profits as a result of the use of the infringing trademarks. Plaintiff is unable to calculate its damages with any certainty until it has conducted discovery as to the use of the infringing marks and the profits generated from that use. Plaintiff also requests an award of its reasonable attorney's fees, disbursements, and costs, and an award of $208,509.53 pursuant to its breach of contract claim for excess commissions prepaid by Tagtraum.

Defendants have been damaged by the trademark applications and registrations at issue, and have asked for equitable relief. Monetary damages for the trademark counterclaims, contract dispute, fraud and exemplary damages cannot be determined until Defendants receive relevant discovery from Plaintiff and third parties. Defendants have also requested an award of fees and costs to be determined post-trial.



(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Program?

☐ Yes    ☒ No

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

☐ Title VII                           ☐ Age Discrimination
☐ 42 U.S.C. §1983                     ☐ California Fair Employment and Housing Act
☐ Americans with Disabilities Act of 1990   ☐ Rehabilitation Act
☐ Other _____

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

March 21, 2011
*Date*                                *Attorney for Plaintiff (Signature)*

                                      Parna A. Mehrbani
                                      *Attorney for Plaintiff (Please print full name)*

March 21, 2011                        / M. Danton Richardson/
*Date*                                *Attorney for Defendants (e-Signature)*

                                      M. Danton Richardson
                                      *Attorney for Defendants*
                                      YOGI BOTANICALS INTERNATIONAL CORPORATION, and
                                      RANBIR SINGH BHA

